UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-2046
(3:22-cv-00060-MOC-SCR)

CLARENCE DELANO BELTON, JR.,

Plaintiff-Appellee,

v.

HEATHER LOVERIDGE, individually,

Defendant-Appellant.

PLAINTIFF-APPELLEE'S
UNOPPOSED
MOTION TO EXTEND TIME TO
FILE RESPONSE BRIEF

Plaintiff-Appellee now comes and moves this Court pursuant to Rule 26(b) to extend the deadline for the filing of Plaintiff-Appellee's response brief. Good cause exists for this extension based on the following:

Defendant-Appellant's opening brief was originally due on 4 December 2023. After two extensions, her brief was filed on 26 February 2024. Plaintiff-Appellee filed a motion to dismiss the appeal, and briefing was suspended on 21 March 2024. After obtaining an

2

extension, Defendant-Appellant filed a response to the motion to dismiss on 8 April 2024.

On 20 June 2024, this Court issued an order resuming briefing and setting the deadline for Plaintiff-Appellee's response brief on 22 July 2024.

Since briefing has been reinstated, undersigned counsel has taken his week-long summer vacation which was scheduled before briefing resumed. Despite counsel's best efforts to work ahead and then to catch up after his vacation, additional time is needed to serve all clients adequately. Counsel has two briefs due next week and two more briefs due the week after that.

Additional time would also be fair, given that Defendant-Appellant has received three extensions so far in this case, while Plaintiff-Appellee has received none.

Counsel for Defendant-Appellant has graciously consented to this motion.

Plaintiff-Appellee therefore respectfully requests a 30-day extension, effectively moving the deadline for his response brief from 22 July 2024 to 21 August 2024.

Respectfully submitted, this 17th day of July, 2024.

/s/ Mark L. Hayes
732 Ninth St., #571
Durham, N.C. 27705
(919) 926-7878
markhayes@appealnc.com

ATTORNEY FOR PLAINTIFF-
APPELLEE CLARENCE BELTON

4

## CERTIFICATE OF SERVICE

I hereby certify that on 17 July 2024, I electronically filed *Plaintiff-Appellee's Motion For Extension,* which will send automatic notification to the following counsel of record:

Steven A. Bader
NC Bar No. 55931
Email: sbader@cshlaw.com
P.O. Box 27808
Raleigh, NC 27611
(919) 828-5100

Stephanie H. Webster
NC Bar No. 12164
Email: swebster@cshlaw.com
P.O. Box 30787
Charlotte, NC 28230
(704) 332-8300

ATTORNEYS FOR DEFENDANT-APPELLANT
HEATHER LOVERIDGE